IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHEED SIMPSON,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL,** *et al.*, | : | |
| Respondents. | : | No. 15-4510 |

# O R D E R

**AND NOW**, this 28th day of October, 2016, upon consideration of Respondents' Motion to Strike (Docket No. 17), Petitioner's Opposition thereto (Docket No. 18), and the parties' supplemental filings (Docket Nos. 21, 22), and following oral argument on September 15, 2016, it is hereby **ORDERED** that the Motion (Docket No. 17) is **DENIED**. Respondents shall respond to Petitioner's Amended Petition (Docket No. 11) by no later than 90 days from the date of this Order.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE